UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LAURA HAUBENSTRICKER,

    Plaintiff,

v.                                        Case No. 04-74877
                                        Honorable Patrick J. Duggan

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## OPINION AND ORDER

At a session of said Court, held in the U.S.
District Courthouse, City of Detroit, County of
Wayne, State of Michigan, on August 29, 2005.

PRESENT:      THE HONORABLE PATRICK J. DUGGAN
                    U.S. DISTRICT COURT JUDGE

On December 20, 2004, Plaintiff filed this lawsuit seeking review of the final decision of the Defendant denying her application for Social Security Disability Insurance Benefits. On May 20, 2005, Plaintiff filed a motion for summary judgment. On July 19, 2005, Defendant filed a motion for summary judgment. This Court referred both motions to Magistrate Judge Donald A. Scheer. On August 9, 2005, Magistrate Judge Scheer filed his Report and Recommendation (R&R) recommending that this Court grant Defendant's motion for summary judgment and deny Plaintiff's motion for summary judgment. At the

conclusion of the R&R, Magistrate Judge Scheer advises the parties that they may object and seek review of the R&R within ten days of service upon them.  Neither party filed objections to the R&R.

The Court has carefully reviewed the R&R and concurs with the conclusions reached by Magistrate Judge Scheer.  Accordingly,

**IT IS ORDERED**, that Plaintiff's motion for summary judgment is **DENIED**;

**IT IS FURTHER ORDERED**, that Defendant's motion for summary judgment is **GRANTED**.

_____
s/PATRICK J. DUGGAN
UNITED STATES DISTRICT JUDGE

Copies to:
Mikel E. Lupisella, Esq.
AUSA Janet Parker
Magistrate Judge Donald A. Scheer